United States District Court
Southern District of Texas
**ENTERED**
February 16, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEOPLE'S UNITED EQUIPMENT FINANCE CORPORATION, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. H-16-3507 |
| A.J.'S TRUCK SERVICE, INC., BELLA TRUCK SERVICE, INC., JAY TRUCKS SERVICE, INC., and ALBERT JUDE PHILLIP, JR., | § § § § § | |
| Defendants. | § | |

## DEFAULT JUDGMENT

Defendants, A.J.'S TRUCK SERVICE, INC., BELLA TRUCK SERVICE, INC., JAY TRUCKS SERVICE, INC., and ALBERT JUDE PHILLIP, JR. have been served but have failed to appear as Rule 12 of the Federal Rules of Civil Procedure require.

Plaintiff, People's United Equipment Finance Corp., has filed affidavits and exhibits in support of its claims for actual damages, prejudgment and postjudgment rates, and court costs, and has sent defendants notice of the motion for default judgment. Further notice to the defendants and further hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P.

People's United Equipment Finance Corp. has established its entitlement to entry of default and default judgment against the defendants, A.J.'S TRUCK SERVICE, INC., BELLA TRUCK SERVICE, INC., JAY TRUCKS SERVICE, INC., and ALBERT JUDE PHILLIP, JR., joint and severally, as follows:

1. Actual damages in the amount of $367,191.71;

2. Prejudgment interest at the contractual default rate of eighteen percent (18%) per annum from and after November 2, 2016, until entry of judgment;

3. Postjudgment interest thereon at the contractual interest rate of eighteen (18%) as provided by law from the entry of judgment until paid; and

4. Taxable costs of court.

    SIGNED on February 16, 2017, at Houston, Texas.

                                          Lee H. Rosenthal
                                          Chief United States District Judge